No. 04-00-00226-CR



Mark TREVINO,


Appellant



v.



The STATE of Texas,


Appellee



From the 290th Judicial District Court, Bexar County, Texas


Trial Court No. 1999CR4364


Honorable Sharon MacRae, Judge Presiding



Opinion by: Phil Hardberger, Chief Justice


Sitting: Phil Hardberger, Chief Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: July 25, 2001


DISMISSED FOR LACK OF JURISDICTION

 Mark Trevino ("Trevino") pled guilty to the offense of robbery and was sentenced to eight
years imprisonment in accordance with the terms of his plea bargain agreement. Because Trevino's
notice of appeal did not comply in substance with the extra-notice requirements of rule 25.2(b)(3) of
the Texas Rules of Appellate Procedure, see Sherman v. State, 12 S.W.3d 489, 492 (Tex.
App.--Dallas 1999, no pet.) (holding record must substantiate extra-notice recitations in notice of
appeal), this court only has jurisdiction to consider issues relating to the trial court's jurisdiction. See
Tex. R. App. P. 25.2(b)(3) (limiting issues that may be raised on appeal if punishment does not exceed
recommendation); Cooper v. State, No. 1100-99, 2001 WL 321579 (Tex. Crim. App. Apr. 4, 2001);
Martinez v. State, 5 S.W.3d 722, 724-25 (Tex. App.--San Antonio 1999, no pet.). Trevino's court-appointed attorney filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), in
which she analyzes the possible jurisdictional issue that could be raised but concludes that the appeal
has no merit. Counsel provided Trevino with a copy of the brief and informed him of his right to
review the record and file his own brief. See Nichols v. State, 954 S.W.2d 83, 85-86 (Tex.
App.--San Antonio 1997, no pet.); Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex. App.--San
Antonio 1996, no pet.).

 We have reviewed the record and counsel's brief. We agree that any issue relating to the trial
court's jurisdiction is frivolous and without merit. Accordingly, this appeal is dismissed for lack of
jurisdiction. Appellate counsel's motion to withdraw is granted. Nichols v. State, 954 S.W.2d at 86;
Bruns v. State, 924 S.W.2d at 177 n.1.



 PHIL HARDBERGER, 

 CHIEF JUSTICE


DO NOT PUBLISH